UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| EVERETT JOHNSON, | ) | |
| | ) | No. 6:24-CV-61-CHB-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOE ENGLE, *et al.*, | ) | |
| | ) | |
| DefendantS. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court previously set an on-the-record teleconference for October 17, 2025, at 11:00 a.m.  D.E. 32.  To join the teleconference, the parties are **DIRECTED** to dial **(606) 371-5577** and enter conference ID **720 917 874 #.**

This the 7th day of October, 2025.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1