UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

*Electronically Filed*

| | |
|---|---|
| EVERETT JOHNSON<br><br>*Plaintiff,*<br><br>v.<br><br>PERRY COUNTY, KENTUCKY, et al.<br><br>*Defendants.* | Civil Action No.:<br>6:24-CV-061-CHB |

**ENTRY OF APPEARANCE**

Come James Russell and Michael Smith of Russell Smith Attorneys, PLLC, and enter their appearance as co-counsel for Plaintiff, Everett Johnson, in the above-styled action. All future pleadings, correspondence, or other communications directed to Plaintiff shall be delivered to undersigned.

Respectfully Submitted,

/s/ *James Russell*
James Russell
KBA No.: 98349
Michael Smith
KBA No.: 98168
RUSSELL SMITH ATTORNEYS, PLLC
611 W. Main St.
Suite 202
Louisville, KY 40202
(502) 874-4444
msmith@russellsmithattorneys.com
jrussell@russellsmithattorneys.com

1

## **CERTIFICATION**

It is hereby certified that on October 17, 2025 the foregoing was electronically filed.

/s/ James Russell
*Counsel for Plaintiff*