UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION- LONDON
CIVIL MINUTES-GENERAL

CASE NO: **6:24-CV-061—CHB-HAI**          AT: **London**          DATE: **October 17, 2025**

STYLE: *Everett Johnson vs Joe Engle, et al*

---

PRESENT: HON. **HANLY A. INGRAM**, MAGISTRATE JUDGE

| **Joshua Powers** | **Audio File Number** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

I, Joshua Powers, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-24-CV-061-CHB-HAI_20251017_103851.

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANTs:**
Jeffrey L. Freeman (Present)                            Jonathan C. Shaw (Present)
E. Seth Combs (Present)

PROCEEDINGS: TELEPHONIC CONFERENCE CALL

    This matter was scheduled for a follow-up telephonic status conference. Counsel present as noted. The Court heard from Counsel as to case progress. Plaintiff's lead counsel Jeffrey Freeman explained that, due to health issues, new counsel (James Russell and Mike Smith) would enter appearance today and take his place as lead counsel. Both parties reported the existing deadlines can be met. There are no current discovery disputes. The Court instructed Plaintiff's counsel to inform Mr. Russell and Mr. Smith of the contents of today's call, and to inform them that further deadline extensions in this case are extremely unlikely to be granted.

    A follow-up on-the-record telephonic conference is scheduled for **January 23, 2026, at 11:30 a.m.**, based in London, KY. The Court will provide dial-in instructions prior to the call.

    The Court reminds parties to follow Judge Boom's Standing Case Management and Referral Order at D.E. #4 for direction of resolution of discovery disputes and requesting a settlement conference.

COPIES TO:

COR
Clerk's Initials: JP

TIC: 13 min.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge