**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

EVERETTE JOHNSON                                                   PLAINTIFF

v.                                                      No. 6:24-CV-61-CHB-HAI

JOE ENGLE, et al.,                                                DEFENDANTS

**\* \* \* \* \***

### <u>NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD</u>

Pursuant to LR 83.6(b), Lauren Freeman of Freeman Law PLLC hereby gives notice of her withdrawal as counsel of record for the Plaintiff, Everette Johnson.

On November 12, 2024, a Notice of Service of Discovery was filed that inadvertently included the signature block of the undersigned. (DN 23). The undersigned has never represented the Plaintiff, and the Plaintiff has never retained the undersigned to represent him. However, the inadvertent inclusion of the undersigned's signature block in the Notice caused the undersigned to begin receiving electronic notifications as counsel of record for the Plaintiff.

In compliance with LR 83.6(b), the undersigned states: (1) The Plaintiff has been and continues to be represented by Gary S. Logsdon, Jeffrey L. Freeman, Seth E. Combs, James E. Russell, and Michael W. Smith, and (2) the Plaintiff himself has been notified of the undersigned's withdrawal.

Respectfully submitted,

<u>/s/Lauren Freeman</u>
Lauren Freeman
FREEMAN LAW PLLC
4010 DuPont Circle, Suite 309
Louisville, KY 40207
(502) 276-5123
*lauren@ky-counsel.com*

1